FILED

04/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0492

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                                 O R D E R

ROBERT EDWIN ERICKSON,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2023